Opinion by Kincheloe, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056.   In accordance therewith the protests were sustained as claimed.

BEFORE THE THIRD DIVISION, JUNE 6, 1946

**No. 51186.**—Protest 117852–K of Benjamin Adler (New York).

Opinion by Cline, J.   From the evidence presented and an examination of the exhibits it was held that the merchandise in bales Nos. 35, 50, 61, 62, and 96 is cotton having a staple of less than one and one-eighth inches in length, and that it is entitled to free entry under paragraph 1662 as claimed.

**No. 51187.**—Protest 41992–K of Samuel Shapiro & Co., Inc. (Baltimore).

Opinion by Ekwall, J.   In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.   (See *John Barr* v. *United States*, 324 U. S. 83.)   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry.   The protest was sustained to this extent.

**No. 51188.**—Protests 47434–K, etc., of Samuel Shapiro & Co., Inc. (Baltimore).

Opinion by Ekwall, J.   In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.   (See *John Barr* v. *United States*, 324 U. S. 83.)   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries.   The protests were sustained to this extent.